474

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.
ISRAEL MOORE et al., Respondents, v. DOUGLAS WASHBURN, Appellant.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.
MARTHA JUNG et al., Respondents, v. STATE OF NEW YORK, Appellant.
(Claim No. 34782.) —

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

In the Matter of the Claim of STEPHEN ECHOLS, Respondent, v. HOOKER ELECTROCHEMICAL COMPANY et al., Appellants, and SPECIAL FUND CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL R. JONES, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison,